

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00090-CR

**THE STATE OF TEXAS,**

**Appellant**

 **v.**

**PERCY WALLACE, JR,**

**Appellee**

_____

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20103621CR1

_____

## MEMORANDUM  OPINION

_____

The State of Texas appealed from an order granting the appellee's motion to suppress evidence.  A motion to dismiss the appeal has now been filed by the State.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 25, 2011
Do not publish
[CR25]